IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| MACEO WILLIAMS, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | Case No. 4:21-cv-621 |
| GROUNDWORKS DBA FOUNDATION RECOVERY SYSTEMS, ANDREW HANSEN, MATTHEW DOLBY, BRIAN JACKSON, JEFFERY MARTIN, WILL DAYTON, MARY JOLLIFFE, ASHLEY HARDWICK, LOGAN BRAVATA, KAREN NORTH, TONI NORTH, JOHN COFFREN, and GREENSKY HOLDINGS | ) | |
| Defendant. | | |

**NOTICE OF REMOVAL**

Defendant Groundworks DBA Foundation Recovery Systems ("FRS")[1], Defendant Matthew Dolby, Defendant Andrew Hansen, and Defendant Will Dayton (collectively with FRS the "Removing Defendants") by and through its undersigned counsel, submits this Notice of Removal pursuant to 28 U.S.C. § 1441 and 28 U.S.C. § 1446 to remove this civil action from the Circuit Court of Jackson County, Missouri, to the United States District Court for the Western District of Missouri. In support, the Removing Defendants state as follows:

---

[1] FRS received a copy of the Complaint and Summons at its Lee's Summit, MO location. FRS consents to the removal but reserves its right to object to effective service of process at a later date.

1

1. On June 14, 2021, Plaintiff Maceo Williams ("Williams") filed his Circuit Court Petition (the "Complaint") and Motion to Proceed in Forma Pauperis in the Circuit Court of Jackson County, Missouri, Case No. 2116-CV12776, in the matter *Maceo C Williams v. Groundworks DBA Foundation Recovery Systems, Andrew Hansen, Matthew Dolby, Brian Jackson, Jeffrey Martin, Will Dayton, Mary Jolliffe, Ashley Hardwick, Logan Bravata, Karen North, Toni North, John Coffren, and Greensky Holdings* (the "State Court Action"). *See* Exhibit 1.

2. On July 22, 2021, Williams obtained summons for FRS, Andrew Hansen, Matthew Dolby, Jeffrey Martin, Will Dayton, Mary Jolliffe, Ashley Hardwick, and Logan Bravata. *See* Exhibit 1. To date, Williams has not obtained summons for John Coffren, Brian Jackson, Toni North, Karen North, or Greensky Holdings.

3. On August 2, 2021, FRS received a copy of the Complaint and summons. On August 3, 2021, Hansen and Dolby were served. On August 11, 2021, Dayton was served.

4. This Notice of Removal is timely filed within thirty (30) days after service on FRS of the Complaint. In accordance with 28 U.S.C. § 1446, a copy of all process, pleadings and orders served on the Removing Defendants or filed in the State Court Action to date are attached hereto as Exhibit 1.

5. This is a civil action in which this Court has original jurisdiction under the provisions of 28 U.S.C. § 1331 in that the matter in controversy involves a federal question.

Specifically, Williams alleges that he has a cause of action for wage discrimination under the Equal Pay Act, 29 U.S.C.S. § 206(d) ("EPA") and a cause of action under the Racketeer Influenced and Corrupt Organizations Act, 18 USC § 1962(c) ("RICO"). Williams has also alleged causes of action for race discrimination, sexual harassment, hostile work environment, and retaliation. While the Complaint does not identify the statute under which he is bringing these claims, he previously filed a charge of discrimination with the Equal Employment Opportunity Commission ("EEOC") alleging that his claims fall under the Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e *et. seq.* ("Title VII").

6. The Complaint also includes various state-law based claims for negligence, intentional negligence, gross negligence, common law negligence, whistle blower violation, fraud, conspiracy of intentional tort, defamation, libel, and slander over which this Court has supplemental jurisdiction pursuant to 28 U.S.C. § 1367. *See* Complaint, Exhibit 1.

7. This Notice of Removal is properly directed to this Court pursuant to 28 U.S.C. §§ 105(b), 1446(a), and Local Rule 3.1(a), as it is the District Court embracing the Circuit Court in and for Jackson County, Missouri, where William's Complaint is pending.

8. All defendants that were served or have received a copy of the Complaint join in this Notice of Removal.

9. A Notice of Filing Notice of Removal will be served upon Williams as well as provided to the Clerk of the Court for the Circuit Court, State of Missouri, Jackson County, as required by 28 U.S.C. § 1446(d). *See* Exhibit 1 hereto.

10. Removing Defendants submit this Notice of Removal without conceding Williams has pleaded any valid claims upon which relief can be granted, without waiving any procedural or substantive rights or defenses, and without admitting Williams is entitled to any relief whatsoever.

WHEREFORE, this action is properly removed from the Circuit Court of Jackson County, Missouri to the United States District Court for the Western District of Missouri, for all further proceedings in accordance with the provisions of 28 U.S.C. § 1441.

This 27th day of August, 2021.

Respectfully submitted,

STINSON LLP

/s/ *Patricia A. Konopka*
Patricia A. Konopka, MO Bar 45477
1201 Walnut, Suite 2900
Kansas City, MO 64106
Telephone: (816) 842-8600
Facsimile: (816) 691-3495
pat.konopka@stinson.com

Paul J. Peralta (N.C. Bar No. 34622) (pro hac anticipated)
Sarah H. Negus (N.C. Bar No. 44444) (pro hac anticipated)
MOORE & VAN ALLEN, PLLC
100 North Tryon Street, Floor 47
Charlotte, NC 28202-4003
Telephone: (704) 331-1000
Facsimile: (704) 339-5997
paulperalta@mvalaw.com
sarahnegus@mvalaw.com

***Attorneys for the Removing Defendants***

# CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing **NOTICE OF REMOVAL** was electronically filed with the Clerk of Court using the CM/ECF system and was served on Plaintiff via United States Mail by placing same in a first-class postage prepaid envelope, addressed as follows:

>Maceo Williams
>6861 North Olive Street Apt #7
>Gladstone, MO 64118

This 27th day of August, 2021.

>*/s/ Patricia A. Konopka*
>Patricia A. Konopka