# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| MACEO WILLIAMS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) |
| GROUNDWORKS DBA FOUNDATION RECOVERY SYSTEMS, ANDREW HANSEN, MATTHEW DOLBY, BRIAN JACKSON, JEFFERY MARTIN, WILL DAYTON, MARY JOLLIFFE, ASHLEY HARDWICK, LOGAN BRAVATA, KAREN NORTH, TONI NORTH, JOHN COFFREN, and GREENSKY HOLDINGS, | ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. 4:21-cv-621 |
| Defendants. | ) |

## NOTICE TO PLAINTIFF OF FILING NOTICE OF REMOVAL

Defendants Groundworks DBA Foundation Recovery Systems ("FRS"), Matthew Dolby, Andrew Hansen, and Will Dayton (collectively, the "Removing Defendants") hereby give notice to Plaintiff, Maceo Williams, of the removal of this action from the Circuit Court of Jackson County, Missouri to the United States District Court for the Western District of Missouri. A Notice of Removal has been separately filed with this Court, and served upon Plaintiff Maceo Williams by United States Mail. The Removing Defendants will file a Notice of Removal with the Circuit Court of Jackson County, thereby effecting removal to the United States District Court for the Western District of Missouri. The Circuit Court of Jackson County may not proceed further unless the cause is remanded.

This 27th day of August, 2021.

Respectfully submitted,

STINSON LLP

/s/ *Patricia A. Konopka*
Patricia A. Konopka
1201 Walnut, Suite 2900
Kansas City, MO 64106
Telephone: (816) 842-8600
Facsimile: (816) 691-3495
pat.konopka@stinson.com

Paul J. Peralta (N.C. Bar No. 34622) (pro hac anticipated)
Sarah H. Negus (N.C. Bar No. 44444) (pro hac anticipated)
MOORE & VAN ALLEN, PLLC
100 North Tryon Street, Floor 47
Charlotte, NC 28202-4003
Telephone: (704) 331-1000
Facsimile: (704) 339-5997
paulperalta@mvalaw.com
sarahnegus@mvalaw.com

***Attorneys for the Removing Defendants***

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing **NOTICE** was electronically filed with the Clerk of Court using the CM/ECF system and was served on Plaintiff via United States Mail by placing same in a first-class postage prepaid envelope, addressed as follows:

> Maceo Williams
> 6861 North Olive Street Apt #7
> Gladstone, MO 64118

This 27th day of August, 2021.

> /s/ *Patricia A. Konopka*
> Patricia A. Konopka